

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-23-00283-CV

———————————————

ERIC ANTONIO ZACHARIAH ANDERSON, Appellant

V.

TIFFANY ANDERSON, Appellee

On Appeal from County Court at Law No. 1
Tarrant County, Texas
Trial Court No. 2023-000671-1

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

Appellant Eric Antonio Zachariah Anderson attempts to appeal from a March 9, 2023 judgment. On August 11, 2023, we sent the parties a letter, which stated the following:

> The court has received a copy of the notice of appeal in this case. *See* Tex. R. App. P. 25.1(e). The court is concerned it may not have jurisdiction over this appeal because the notice of appeal was not timely filed. Tex. R. App. P. 26.1. The trial court's judgment was signed March 9, 2023. A motion to modify judgment was filed March 30, 2023. Therefore, the notice of appeal was due June 7, 2023, but was not filed until August 8, 2023.
>
> Unless the appellant or any party desiring to continue the appeal files with the court, on or before **Monday, August 21, 2023**, a response showing grounds for continuing the appeal, this appeal may be dismissed for want of jurisdiction. Tex. R. App. P. 42.3(a), 44.3.

Shortly thereafter, we received a suggestion of bankruptcy, and we stayed the case.

After the bankruptcy was dismissed and this appeal was reinstated, we sent the parties a second letter similar to the one quoted above, giving them until November 17, 2023, to file a response showing grounds for continuing the appeal. We have received no response.

The time for filing a notice of appeal is jurisdictional in this court, and absent a timely filed notice of appeal or extension request, we must dismiss the appeal. *See* Tex. R. App. P. 2, 25.1(b), 26.3; *Jones v. City of Houston*, 976 S.W.2d 676, 677 (Tex. 1998); *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997). Because the notice of appeal was untimely, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App.

P. 42.3(a), 43.2(f); *Samiei v. Am. Furukawa, Inc.*, No. 02-23-00076-CV, 2023 WL 2805899, at \*1 (Tex. App.—Fort Worth Apr. 6, 2023, no pet.) (per curiam) (mem. op.).

Per Curiam

Delivered: January 11, 2024